**Jeffrey A. Rothman**
Attorney at law
315 Broadway, Suite 200
New York, New York 10038
Tel: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

April 4, 2013

Hon. Catherine O'Hagan Wolf
United States Court of Appeals
 For the Second Circuit
40 Foley Square
New York, New York 10007

      RE:    Rigby v. City of New York; No. 12-4424;
                  Bastidas v. City of New York; No. 12-4457;
                  Concepcion v. City of New York; No. 12-12-4475

Dear Ms. O'Hagan Wolf:

      I, along with John Ware Upton, Esq., am counsel for the Plaintiffs-Appellees in the above-captioned actions, which are consolidated with Bell v. City of New York (12-4420).  In accordance with Local Rule 31.2 (a)(1)(B), I write to respectfully request that the Court set as May 29, 2013, the date by which the Plaintiffs-Appellees are to file their briefs.  The Defendants-Appellants filed their brief on March 18, 2013, and the requested date is within 91 days of that date.

      Thank you for your consideration in this matter.

                                                       Respectfully submitted,
                                                               /S/

                                                              Jeffrey A. Rothman
                                                              Counsel for Plaintiffs-Appellees

cc:  Michael Pastor, Esq. (by ECF)