UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13 day of June, two thousand and 2013,

Bell, et al.
v.
City of New York, et al.                    STIPULATION
                                            Docket Number: 12-4420

*(and related cases 12-4423, 12-4424, 12-4425, 12-4426, 12-4435, 12-4450, 12-4453, 12-4457, 12-4460, 12-4474, 12-4475, 12-4476, 12-4477, 12-4480, 12-4483, 12-4487, 12-4495, 12-4533, 12-4583)*

The undersigned counsel for the parties stipulate that the above-captioned petition for review is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Petitioner may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned respondent, by 12/11/13. The time tolled under LR 31.2 if any, begins to run again from the date of petitioner's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: 06/13/13

_____
Attorney for Petitioner

Michael Pastor, NYC Law Department
Print Name and Firm

Date: 06/13/13

_____
Attorney for Respondent

JAMES I. MEYERSON
Print Name and Firm